| From: | cmecf@rid.uscourts.gov |
|---|---|
| To: | cmecfnef@rid.uscourts.gov |
| Subject: | Activity in Case 1:25-cv-00442 Kollie v. Pawtucket Police Department |
| Date: | Friday, September 5, 2025 9:24:08 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered by DeSisto, Marc on 9/5/2025 at 9:23 AM EDT and filed on 9/5/2025

| | |
|---|---|
| **Case Name:** | Kollie v. Pawtucket Police Department |
| **Case Number:** | 1:25-cv-00442 |
| **Filer:** | Pawtucket Police Department |
| **Document Number:** | 1 |

**Docket Text:**
**NEW CASE/NOTICE OF REMOVAL from Providence County Superior Court, Case Number PC-2025-04403. Filing fee $ 405, receipt number ARIDC-2180129, filed by Pawtucket Police Department. (Attachments: # (1) State Court Complaint, # (2) Notice of Removal - State Court, # (3) Civil Cover Sheet) (DeSisto, Marc)**

**1:25-cv-00442 Notice has been electronically mailed to:**

Marc DeSisto    marc@desistolaw.com, ana@desistolaw.com, jill@desistolaw.com, kasey@desistolaw.com

**1:25-cv-00442 Notice has been delivered by other means to:**

Nowaleemue Kollie

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

Case Number: PC-2025-04403
Filed in Providence/Bristol County Superior Court
Submitted: 9/5/2025 9:34 AM
Envelope: 5292460
Reviewer: Carol M.

Case 1:25-cv-00442-MRD-AEM    Document 3    Filed 09/05/25    Page 2 of 38 PageID #: 15

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=9/5/2025] [FileNumber=2101671-0]
[7c89455cce63ea6dfddc54181d322152b2139279354862d8834ed619c569b28ce922
c317a105ed354a9f934b9790d1b7cfcc010993fdb3f197817bb202dda08b]]
**Document description:** State Court Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=9/5/2025] [FileNumber=2101671-1]
[26119c06e32034dd9b98bb53bf4629440671a269a9e8a456768c018e7036f0145b4e
e1eb2e494973c7193c6afcdea46e3f49669497f2a8249057ab7fbf0cc426]]
**Document description:** Notice of Removal - State Court
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=9/5/2025] [FileNumber=2101671-2]
[4aeb69720f2431c3e7d5d0132ed0c16440c679aba83e2a00b57a08b8d197c19b273e
da80c5da8c980a590d1b52d74344cca7bf68a7ba86f7a723ebabad4a56ef]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=9/5/2025] [FileNumber=2101671-3]
[89d6bc088915581fcff03f6529447357d91c01c2c24b37bf2fcd11836b0c1f340b57a
1b6888af79dd5fa76591e1d31171f9d85d530eb02b001a2edf80533b1fc0]]

Case Number: PC-2025-04403
Filed in Providence/Bristol County Superior Court
Submitted: 9/5/2025 9:34 AM
Envelope: 5292460
Reviewer: Carol M.

Case 1:25-cv-00429-MRD-AEM Document 3 Filed 09/05/25 Page 3 of 38 PageID #: 16



# STATE OF RHODE ISLAND

## SUPERIOR COURT

COUNTY: ☐ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

Nawaleenne Kallre

v.

Pawtucket police Department          Case #: PC- 2025-04403

## COMPLAINT

Today is 8/19/2025 I am asking the Court to Please help me to file a CiViL Suit against the Pawtucket police Department For Defamation of Character. On 6/25/2023 was Sunday the Pawtucket police officers Violated my Fourth Amendment and my 14th Amendment. The police officers that came at my home 6/25/2023 are racist liars. They Violated my constitutional rights. Race/Color, Excessive use of force by police, police misconduct and status as a domestic abuse victim. On 8/4/2022 Pawtucket police # 174 and 175 was at my home, and 153 also came at my home 8/4/2022. They Violated my rights. 6/13/2021 Pawtucket police # 173 and 125 wage at my home. On 6/25/2023 same cop. 9/28/2022 and 9/16/2022 I called the police

SUPERIOR COURT
FILED
CLERK'S OFFICE
25 AUG 19 PM 2: 26

PAGE ____ of ____

RHODE ISLAND SUPERIOR COURT      COMPLAINT

From 6/25/2023 — 7/3/2023 the police, Richard Ballah, and my mom and the rest were in and out of my home destroying my home and things. On 7/5/2023 Called 911 and reported how my home was destroy Pawtucket police #200 came. he refuse to make a report. on 7/5/2023 I also Called DCYF. Lortine and reported They refuse to release the body Cam. please give me Justice. Please ask for the body Cam for 6/25/2023 of Pawtucket police #173 they refused to release it. They are also using my neibhors from 25 mary St and 1 mary St pawtucket RI 02866 to be harasse me.

PAGE _____ of _____

RHODE ISLAND SUPERIOR COURT                                    COMPLAINT

## CERTIFICATION OF COMPLAINT

I, _Nowaleemue Kollie_ do hereby certify and attest that the contents of the attached complaint, as well as any supporting documentation are to the best of my knowledge, information, and belief, to be true and accurate, and is not made for any improper purpose.

I also acknowledge that it is my responsibility to ensure that a certified copy of this complaint is properly served to the defendant identified within this complaint.

_Nowaleemue Kollie_          _8/19/2025_
**Signature**                      **Date**

☐ *Pro Se Litigant*

---

## NOTARY AFFIRMATION

*NOTARY SEAL*

Subscribed and sworn to before me in _Superior Court_ in the County of _Providence_ in the State of Rhode Island, this _19th_ day of _August_ , _2025_ .

_Randie Mn_          _8/19/25_          _772360_
**Notary Signature**            **Date**            **Notary ID**

_Blanche Mitchell_          _7/1/26_
**Notary Name**            **Commission Expiration**

**Proof of Identity of Party to Notary:**

☐ Personally known by Notary

☑ Rhode Island Drivers License/ID: _23|78|0_

☐ Other:_____

Case Number: PC-2025-04403
Filed in Providence/Bristol County Superior Court
Submitted: 9/5/2025 9:34 AM
Envelope: 5292460
Reviewer: Carol M.



RECEIVED

AUG 14 2025

OFFICE OF ATTORNEY GENERAL



## Rhode Island Attorney General's Office
## CIVIL RIGHTS COMPLAINT FORM

Please fill out and submit this form:

- If you believe your civil rights have been violated and would like this Office to investigate your claim or file a lawsuit on your behalf.

- To report a hate crime.

- To report incidents of police misconduct or excessive use of force by police.

*An asterisk (\*) below demotes a required field.*

*Be advised that no action is guaranteed as a result of you filing this complaint*

Case Number: PC-2025-04403
Filed in Providence/Bristol County Superior Court
Submitted: 9/5/2025 9:34 AM
Envelope: 5292460
Reviewer: Carol M.

Case 1:25-cv-00429-MRD-AED   Document 3   Filed 09/05/25   Page 7 of 38 PageID #: 20

## YOUR INFORMATION:

*First Name: Nowaleemue

*Last Name: Kollie

*Email: nowa.kollie@gmail.com

*Phone Number: (401)-282-0743

Street Address: 190 Randall ST.

Address 2: _____

City/Town: Pawtucket

State/Province: RI

ZIP/Postal Code: 02860

## PERSON/ENTITY YOU ARE FILING COMPLAINT ABOUT (if known):

Name of Person/Entity: Judge Richard A Merola

Email: _____

Phone: (401) 458-3200

Address: 1 Dorrance Plaza

Address 2: _____

City/Town: Providence

State/Province: Rhode Island

ZIP/Postal Code: 02903 - 2719

Case Number: PC-2025-04403
Filed in Providence/Bristol County Superior Court
Submitted: 9/5/2025 9:34 AM
Envelope: 5292460
Reviewer: Carol M.

1:25-cv-00442-MRD-AEM    Document 3    Filed 09/05/25    Page 8 of 38 PageID #: 21

STATE OF RHODE ISLAND     SUPERIOR COURT
PROVIDENCE, SC.

NOWALEEMUE KOLLIE
  *Plaintiff,*

v.             C.A. No. PC-2025-04403

PAWTUCKET POLICE DEPARTMENT
  *Defendant.*

<u>**NOTICE OF FILING PETITION FOR REMOVAL**</u>

**TO:** **Clerk's Office**     **(See also those listed under**
  **Providence County Superior Court**  **Certification of Service)**
  **Licht Judicial Complex**
  **Providence, RI 02903**

Please take notice that Defendant – Pawtucket Police Department (hereinafter "Defendant"), have this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above-entitled action from the Providence County Superior Court to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this 5th day of September 2025.

         Defendant,
         By their Attorney,

         <u>*/s/ Marc DeSisto*</u>
         Marc DeSisto, Esq. (#2757)
         DeSisto Law LLC
         4 Richmond Square, Suite 500
         Providence, RI 02906
         (401) 272-4442
         marc@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that, on the 5th day of September 2025, the within document was e-filed with the Court and e-served through the Superior Court's Electronic Filing System and is available for viewing and downloading from the Court's EFS system.

Case Number: PC-2025-04403
Filed in Providence/Bristol County Superior Court
Submitted: 9/5/2025 9:34 AM
Envelope: 5292460
Reviewer: Carol M.

Case 1:25-cv-00442-MRD-AEM    Document 3    Filed 09/05/25    Page 9 of 38 PageID #: 22

*Kollie v. Pawtucket Police Department.*
*C.A. No. PC-2025-04403*

I further certify that a true and accurate copy of the within was mailed, postage prepaid, on this 5th day of September 2025 to:

      Nowaleemue Kollie
      190 Randall Street
      Pawtucket, RI 02860

                         */s/ Marc DeSisto* _____

PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT

# SC DOCKET SHEET
## CASE NO. PC-2025-04403

| | | |
|---|---|---|
| **NOWALEEMUE KOLLIE**<br>v.<br>**Pawtucket Police Department** | §<br>§<br>§<br>§<br>§ | Location: **Providence/Bristol County Superior Court**<br>Filed on: **08/19/2025**<br>US District Court Case Number: **1:25-cv-00442** |

---

### CASE INFORMATION

**Statistical Closures**
09/05/2025    Closed-Non Trial-Unassigned-Removed to Federal Court

Case Type: **Civil Action**

Case Status: **09/05/2025  Closed**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

Case Number          PC-2025-04403
Court                Providence/Bristol County Superior Court
Date Assigned        08/19/2025

---

### PARTY INFORMATION

| | | |
|---|---|---|
| **Plaintiff** | **KOLLIE, NOWALEEMUE** | **Pro Se**<br>401-282-0743(H) |
| **Defendant** | **Pawtucket Police Department** | |

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|

## EVENTS

| | |
|---|---|
| 09/05/2025 | Closed-Non Trial-Unassigned-Removed to Federal Court |
| 09/05/2025 | Case Removed to US District Court |
| 09/05/2025 | Notice of Removal<br>*Defendant's Notice of Removal - Notice to State Court* |
| 09/03/2025 | Summons Returned Served<br>Party:  Defendant  Pawtucket Police Department |
| 08/19/2025 | Order Motion to Proceed In Forma Pauperis (Judicial Officer: Smith, Christopher K. ) |
| 08/19/2025 | Summons |
| 08/19/2025 | Affidavit Filed |
| 08/19/2025 | Motion to Proceed in Forma Pauperis |
| 08/19/2025 | Complaint Filed |

## HEARINGS

| | |
|---|---|
| 08/19/2025 | **Hearing on Motion to Proceed In Forma Pauperis** (2:45 PM)  (Judicial Officer: Smith, Christopher K. ;Location: Licht Courtroom 16)<br>*Granted* |

*Printed on 09/05/2025 at 10:29 AM*



**STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS**

**CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD**

### Case Information

Case Caption: Nowaleemue Kollie ___ vs. Pawtucket Police Department

Federal Court Case No. 1:25-cv-00442 ___ State Court Case No. PC-2025-04403

### Record Information

Confidential:     Yes ☐    No ☑    Description: _____

Sealed documents:  Yes ☐    No ☑    Description: _____

### Certification

I, Carol A. MacLean ___, Clerk of the Rhode Island Superior Court for the County of
Providence ___ do certify that the attached documents are all the documents
included in the record in the above referenced case.

Date: 09/05/2025

Clerk of Court
/s/ Carol A. MacLean, Admin Clerk
By Deputy Clerk



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-04403 |
| **Plaintiff**<br>NOWALEEMUE KOLLIE<br> v.<br>Pawtucket Police Department<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff** |
| | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>121 Rosevelt Ave<br>Pawtucket RI 02860 |

**TO THE DEFENDANT, Pawtucket Police Department:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 8/19/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

True Copy Attest

*Stephen T. Burke*

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff**<br>NOWALEEMUE KOLLIE<br>v.<br>Pawtucket Police Department<br>**Defendant** | **Civil Action File Number**<br>PC-2025-04403 |
| --- | --- |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Pawtucket Police Department, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☑ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion ___OFFICER - PD___
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE: __8_/_27_/_25_ 12:23    SERVICE FEE $ _____

Month  Day   Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE _____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____ to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)



**State of Rhode Island Judiciary**

**Superior Court**

**Order – Motion in Forma Pauperis**

| Plaintiff/Petitioner | Case Number |
|---|---|
| Nousaleemie Kolke | PC-2025-04403 |
| **Defendant/Respondent** | |
| Pawtucket police Department | |

$50 Townaos ficing foo - Ross Woiwos

☒ **Granted**: The court orders that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the duly authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **Granted**: The court orders that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **Denied**

| Entered as an Order of the court on | By Order of: |
|---|---|
| 8 19 25 . | /s/ P. DuBose |
| | Clerk |
| | **Enter:** |
| | /s/ |
| | Judicial Officer |

SUPERIOR COURT
FILED
CLERK'S OFFICE



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-04403 |
| **Plaintiff**<br>NOWALEEMUE KOLLIE<br> v.<br>Pawtucket Police Department<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Nowaleemue Kollie |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>190 Randall St<br>Pawtucket RI  02860 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>121 Rosevelt Ave<br>Pawtucket RI  02860 |

**TO THE DEFENDANT, Pawtucket Police Department:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 8/19/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| NOWALEEMUE KOLLIE | PC-2025-04403 |
| v. | |
| Pawtucket Police Department | |
| **Defendant** | |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Pawtucket Police Department, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE:  _____/_____/_____          SERVICE FEE $ _____
               Month    Day    Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

    On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or  ☐   proved   to   the   notary   through   satisfactory   evidence   of   identification,   which   was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

                                    Notary Public: _____

                                    My commission expires: _____

                                    Notary identification number: _____

Page 2 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-04403 |
| **Plaintiff**<br>NOWALEEMUE KOLLIE<br>  v.<br>Pawtucket Police Department<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff** |
| | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>121 Rosevelt Ave<br>Pawtucket RI  02860 |

**TO THE DEFENDANT, Pawtucket Police Department:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 8/19/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| NOWALEEMUE KOLLIE | PC-2025-04403 |
| v. | |
| Pawtucket Police Department | |
| **Defendant** | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Pawtucket Police Department, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person of suitable age and discretion _____
  Address of dwelling house or usual place of abode _____
  _____
  Age _____
  Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ With a guardian or conservator of the Defendant.
  Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
  Name of person and designation _____

Page 1 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
  _____

| SERVICE DATE: _____ / _____ / _____ | SERVICE FEE $ _____ |
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

    On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

                         Notary Public: _____

                         My commission expires: _____

                         Notary identification number: _____

Page 2 of 2



# State of Rhode Island Judiciary

## Superior Court

## Order – Motion in Forma Pauperis

| Plaintiff/Petitioner | Case Number |
|---|---|
| Nousleenie Kolke | PC-2025-04403 |
| **Defendant/Respondent** | |
| Pawtucket police Department | |

☐ **Granted**: The court orders that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the duly authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **Granted**: The court orders that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **Denied**

| Entered as an Order of the court on | By Order of: |
|---|---|
| _____ | /s/ _____ |
| | Clerk |
| | **Enter:** |
| | /s/ _____ |
| | Judicial Officer |

SUPERIOR COURT
FILED
CLERK'S OFFICE

Superior-13 (revised May 2024)     25 AUG 19 PM 2: 26



# State of Rhode Island Judiciary

## Superior Court

### Affidavit in Support of Motion to Proceed In Forma Pauperis

| Plaintiff/Petitioner | Case Number |
|---|---|
| Nowaleemae Kollie | PC-2025-04403 |

**Defendant/Respondent**

Pawtucket Police Department

## Personal Information

Name: Nowaleemae Kollie

Address: 190 Randall ST

City: Pawtucket, RI 02866

Telephone: 401 282 0243

Age: _____

Marital Status: ☐ M ☑ S ☐ D ☐ W

Number of Dependents and Ages

_____

## Employment Information

Employed: ☑ Y ☐ N

Employer: MAS medical Staffing    How Long: _____

Address: 1243 mineral Spring Ave 28 Unemployment Insurance: ☐ Y ☑ N

North Providence RI 02904    Income: $ 0 per month

Income: $ 2,800.00 per month

Other Income (Government Benefits, Child Support, Alimony, Pension, etc.)

Income Per Month: _____    Source(s): 0

## Shelter Costs

If Own Home: Value $ 400,000.00    Mortgage/Lien: $ 1600.00

If Rent: Monthly $ 0

If Board, With Whom: $ 0    Monthly Contribution (if any): $ 0

Utilities (Monthly): $ 100.00

Gas: $ 150.00    Electricity: $ 100.00    Oil: $ 0

Food (Monthly): $ 400.00

Clothing (Monthly) $ 0

Child Support Paid (Monthly): $ 0

Other (Specify): $ 150.00 a week to visit with my daughter, to eat out with my daughter and I pay for therapy.

FILED
CLERK'S OFFICE

25 AUG 19 PH 2: 26

Superior-13 (revised May 2024)

| Assets | Value | Liabilities | Amount |
|---|---|---|---|
| Moter Vehicle | $ 0 | Loans (Bank or Private): | $ 0 |
| Type: Toyota Camry | | Court Obligations (Costs, | |
| Year: 2007 | | Fines, Restitution): | $ 0 |
| | | Customer Loans/Credit Cards: | $ 3,000.00 |
| Car, Boat, Truck, | | Medical Bills: | $ 400.00 |
| Motorcycle | $ 0 | Taxes: $ _____ | |
| | | Other (Insurance, Legal Fees, | |
| Bank Account Balances | | Education, etc.): | $ 230.00 |
| Checking: | $ 500.00 | | |
| Savings: | $ 0 | | |
| Real Property: | $ 0 | | |
| Other (Ira, CD, Trusts, | | | |
| Stocks, Bonds, etc.) | $ 0 | | |

I  Nowaleenwe Kollie , attest that the information provided is truthful, complete and accurate to the best of my knowledge. I am aware that any false statement or representation knowingly made shall cause me to be subject to charges of perjury in accordance with the laws of the State of Rhode Island.

Nowaleenwe Kollie

Signature of the Plaintiff/Petitioner or the
Defendant/Respondent

State of  Rhode Island
County of  Providence

On this  19  day of  August , 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to me or ☑ proved to me through satisfactory evidence of identification, which was ___ RI Drivers License ___, to be the person who signed above in my presence, and who swore or affirmed to me that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: Randee M
My commission expires:  7/11/26
Notary identification number:  772360

Page 2 of 2

Superior-13 (revised May 2024)



# State of Rhode Island Judiciary

## Superior Court

## Motion to Proceed In Forma Pauperis

| Plaintiff/Petitioner | Case Number |
|---|---|
| Nawaleenue Kollie | PC-2025-04403 |
| **Defendant/Respondent** | |
| Pawtucket Police Department | |

| | |
|---|---|
| ☐ Murray Judicial Complex<br>Newport County<br>45 Washington Square<br>Newport, Rhode Island 02840-2913<br>(401) 841-8330 | ☐ Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick, Rhode Island 02886-0107<br>(401) 822-6900 |
| ☐ McGrath Judicial Complex<br>Washington County<br>4800 Tower Hill Road<br>Wakefield, Rhode Island 02879-2239<br>(401) 782-4121 | ☑ Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence, Rhode Island 02903-2719<br>(401) 458-3230 |

Now comes the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent and prays that this court waive the filing fees, service of process fees, and transcript costs on the grounds that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent is presently indigent and as such, has no funds with which to pay these costs.

An Affidavit in Support of Motion to Proceed in Forma Pauperis is submitted in support of this motion.

| /s/ X Nawaleenue Kollie | Rhode Island Bar Number: |
|---|---|
| Attorney for the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent or the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent | Date: 8/19/2025 |
| Telephone Number: (401) - 282 - 0743 | |

SUPERIOR COURT
FILED
CLERK'S OFFICE
AUG 19 PH 2:26



# STATE OF RHODE ISLAND

## SUPERIOR COURT

*COUNTY:*  ☐ PROVIDENCE/BRISTOL   ☐ KENT   ☐ WASHINGTON   ☐ NEWPORT

Nawaleenne Kollre

v.

Pawtucket Police Department        Case #: PC- 2025-04403

## COMPLAINT

Today is 8/19/2025 I am asking the court to please help me to file a civil suit against the Pawtucket police Department for Defamation of Character. On 6/25/2023 was Sunday the Pawtucket police officers Violated my Fourth Amendment and my 14th Amendment. The police officers that came at my home 6/25/2023 are racist Laws. They Violated my constitutional rights. Race/Color, Excessive use of force by Police, police misconduct and status as a domestic abuse victim. On 8/4/2022 Pawtucket police # 174 and 175 was at my home, and 153 also came at my home 8/4/222. They violated my rights. 6/13/2021 Pawtucket police # 173 and 125 wsage at my home. On 6/25/2023 Same cop. 9/28/2022 and 9/16/2022 I called the police

SUPERIOR COURT
FILED
CLERKS OFFICE
25 AUG 19 PM 2: 26

PAGE _____ of _____

RHODE ISLAND SUPERIOR COURT                                    COMPLAINT

From 6/25/2023 — 7/3/2023
the police, Richard Ballah, and my
mom and the rest were on and out of
my home destroying my home and things.
On 7/5/2023 Called 911 and reported how
my home was destroy Pawtucket Police #200
Came he refuse to make a report. on 7/5/2023
I also Called DCYF. Lotine and reported.
They refuse to release the body cam. * please
give me Justice. Please ask for the body
Cam for 6/25/2023 of Pawtucket police
#173 they refused to release it. They are
also using my neibors from 25 Mary St
and 1 mary St Pawtucket RI 02866 to lie
harasse me.

RHODE ISLAND SUPERIOR COURT                                    COMPLAINT

## CERTIFICATION OF COMPLAINT

I, *Nowaleenue Kollie* do hereby certify and attest that the contents of the attached complaint, as well as any supporting documentation are to the best of my knowledge, information, and belief, to be true and accurate, and is not made for any improper purpose.

I also acknowledge that it is my responsibility to ensure that a certified copy of this complaint is properly served to the defendant identified within this complaint.

*Nowaleenue Kollie*                     8/19/2025
**Signature**                          **Date**

☐ **Pro Se Litigant**

---

**NOTARY AFFIRMATION**

NOTARY SEAL

Subscribed and sworn to before me in *Superior Court* in the

County of *Providence* in the State of Rhode Island, this

*19th* day of *August*, *2025*.

*Randu Mn*                    8/19/25        772360
**Notary Signature**              **Date**          **Notary ID**

*Randie Mitchell*                 71-1-26
**Notary Name**                  **Commission Expiration**

**Proof of Identity of Party to Notary:**

☐ Personally known by Notary

☑ Rhode Island Drivers License/ID: *237810*

☐ Other: _____

PAGE _____ of _____



RECEIVED
AUG 14 2025
OFFICE OF ATTORNEY GENERAL



# Rhode Island Attorney General's Office
# CIVIL RIGHTS COMPLAINT FORM

Please fill out and submit this form:

- If you believe your civil rights have been violated and would like this Office to investigate your claim or file a lawsuit on your behalf.
- To report a hate crime.
- To report incidents of police misconduct or excessive use of force by police.

*An asterisk (\*) below demotes a required field.*

---

*\*Be advised that no action is guaranteed as a result of you filing this complaint\**

## YOUR INFORMATION:

*First Name: Nowaleemue

*Last Name: Kolke

*Email: nowa.Kolke@gmail.com

*Phone Number: (401)-282-0743

Street Address: 190 Randall ST.

Address 2: _____

City/Town: Pawtucket

State/Province: RI

ZIP/Postal Code: 02860

## PERSON/ENTITY YOU ARE FILING COMPLAINT ABOUT (if known):

Name of Person/Entity: Judge Richard A merola

Email: _____

Phone: (401) 458-3200

Address: 1 Dorrance Plaza

Address 2: _____

City/Town: Providence

State/Province: Rhode Island

ZIP/Postal Code: 02903-2719

## NATURE OF ALLEGED VIOLATION:

Please check specific area(s) that apply to your complaint*

- ☑ Race/color
- ☑ Religious liberties
- ☐ Gender, Gender identity or expression
- ☐ Sex
- ☐ Genetic information
- ☐ Person living with AIDS/HIV
- ☐ Military/Veteran status
- ☐ Educational opportunities
- ☐ Institutionalized person rights
- ☐ Excessive use of force by police
- ☐ National origin/immigration status/ancestry
- ☐ LGBTQ status
- ☐ Age
- ☑ Status as a domestic abuse victim
- ☐ Person who is homeless
- ☐ Disability rights
- ☐ Credit/lending opportunities
- ☑ Police misconduct
- ☐ Other area not listed above

Please describe other area, if applicable: _____

**PLEASE CLEARLY DESCRIBE THE VIOLATION(s) YOU ALLEGE:**
Include as much information as possible, including date, place, nature of incident, and contact information for any witnesses. (If you have supporting documentation related to your complaint, please send to civilrights@riag.ri.gov) *

Today is 8/14/2025 Judge Richard A. Merola ruling today 8/14/2025 is unconstitutional. Judge Richard A Merola Fail to give me Equal Protection Judge Richard A. merola Violated my First Amendment and my Fourteenth Amendment. Judge Richard A Merola and the Police Officer in Family Court SB threatening to lock me up. Judge Richard A merola is racist, abusing Power, I had videos and pictures he refused to see them. Miss. Natashia Bobbit emailed from phoenix Rising Centers called him Richard Ballah Destiny on Family Therapy. refuse to end lie on court today. Richard Bhut merola closed the case today 8/14/2025 and Judge Richard A merola and the Police in the Courtroom threatening to lock me up I went to file a motion they refused for me to file a motion today so I called 911 and reported Judge Richard A merola for violating my Constitutional rights. Providence police # 395 and 669 came they refuse to make police report

Do you believe that the violation of civil rights described in this complaint is part of, or results from, a policy, pattern, or practice on the part of the person or entity named above? If so, please describe the policy, pattern, or practice in detail and identify others who you believe were subjected to the same or similar treatment and when (if you know) this similar treatment occurred.*



N/A

**Are you represented by an attorney is this matter?** *

☐ Yes                    ☑ No

**Have you filed a lawsuit concerning this matter?** *

☐ Yes                    ☑ No

**Have you filed a complaint about this matter with any other federal, state or government agency?** *

☑ Yes                    ☐ No

If you answered "Yes" to the above question, please list the agency, contact person, phone number and status of the complaint:

Providence Police Department, The Family Court, and Attorney General!

Thank you for completing and submitting this form. Our Office will carefully consider the information you have provided to determine whether a violation of the state civil rights laws, a hate crime, or police misconduct or excessive force may have occurred and, if so, whether this Office of another agency has enforcement authority to assist you.

Please print and sign your name below to certify that you have read and understand the following:

- If you believe a crime has been committed, contact the Rhode Island State Police or your local police department immediately. Filing this complaint does NOT constitute a criminal complaint. To file a criminal complaint, you MUST contact the Rhode Island State Police or your local police department.
- The Rhode Island Attorney General's Office cannot provide independent legal advice or individual representation. The Attorney General's Office has limited civil rights enforcement authority, as described at the top of this form. In some cases, hiring a private attorney may be necessary to pursue your legal claim. The Rhode Island Attorney General's Office can only provide referrals to the private bar through the Rhode Island Bar Association's Lawyer Referral Service.

SUBMITTING A COMPLAINT TO THIS OFFICE HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS THAT MIGHT APPLY TO ANY CLAIM YOU MAY HAVE. BY SUBMITTING THIS COMPLAINT, YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING ON YOUR BEHALF.

Print First Name*: _Nowaleemue_

Print Last Name*: _Kollie_

Signature*: _Nowaleemue Kollie_ Date*: _8/14/2025_

*Be advised that no action is guaranteed as a result of you filing this complaint*

5:00    5G+

< 

**April 9**
2:39 PM



Healthy Lifestyles  Citizenship

April 3, 2024

To Whom It may concern:

This letter is to confirm that Destiny Kollie became a member of the Boys & Girls Club of Pawtucket on February 1, 2023, and began participating in the Before and After School Child Care program at the Boys & Girls Club of Pawtucket on February 13, 2023. She continued participating in the program until June 16, 2023.

The weekly fee for the Before and After School Child Care program for the 2022-2023 school year was $145.00 per week.

Please contact Shirley Marrero, Director of Pre-Teen Programs, or Michele Metivier Jacobs, Member Billing & Data Entry Manager, if you have any questions or need further information.

Sincerely,

*Shirley Marrero*          *Michele Metivier Jacobs*

Shirley Marrero                    Michele Metivier Jacobs

Director of Pre-Teen Programs      Member Billing & Data Entry Manager
smarrero@bgcpawt.org               mjacobs@bgcpawt.org
401-722-8840 ext. 827              401-722-8840 ext. 851

*Laura Bailey from DCYF lie, Richard Ballah lie, and the Police lie that I was not take care of Destiny all lie I took good care of my daughter. I w for Child care* **GREAT FUTURES START HERE.** *Richard did not Pay his share*

PC- 2025- 04403



# RHODE ISLAND DEPARTMENT OF PUBLIC SAFETY
## *Division of Sheriffs*
### 670 New London Avenue, Cranston, RI 02920
### Telephone: (401) 275-2900 — Fax: (401) 275-2914



Colonel Darnell S. Weaver
Director, Department of Public Safety
Superintendent, Rhode Island State Police

Chief David M. DeCesare
Sheriff
Rhode Island Division of Sheriffs

## CIVIL PROCESS-INFORMATION SHEET
### PLEASE PRINT CLEARLY
### ALL INFORMATION PROVIDED REMAINS CONFIDENTIAL

PERSON FILING: Nowaleeave Kollie    DATE OF BIRTH: 9/10/1986

ADDRESS: 190 Randall St    FLOOR & APT #

CITY: Pawtucket, RI    ZIP: 02860

HOME # _____    CELL # (401)-282 07_    WORK # (401)-724 6300

## PERSON BEING SERVED

PERSON BEING SERVED: Pawtucket Police Deprtm    DATE OF BIRTH: _____

ADDRESS: 121 Roosevelt Ave    FLOOR & APT # _____

CITY: Pawtucket, RI    ZIP: 02860

HOME # _____    CELL # _____    WORK # (401) - 727 -9100

PLACE OF EMPLOYMENT:    (PERSON BEING SERVED)

COMPANY NAME: Pawtucket police Department

ADDRESS: 121 Roosevelt Ave    CITY: Pawtucket    ZIP: 02860

DAYS WORKED: _____    HOURS WORKED: _____

DESCRIPTION:

HEIGHT: _____  WEIGHT: _____  AGE: _____  HAIR: _____  RACE: _____

BEARD: yes / no    MUSTACHE: yes / no    GLASSES: yes / no    VISABLE TATOO: _____

VEHICLE MAKE: _____    MODEL: SUPERIOR COLOR: _____    PLATE #: _____
FILED
ANY ADDITIONAL COMMENTS OR REMARKS: CLERKS OFFICE

25 AUG 19 PM 2: 26